IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JONATHON CARTER, | CV 25–41–H–BMM |
| Plaintiff, | |
| vs. | ORDER |
| JIM SALMONSEN, ET AL., | |
| Defendants. | |

The Court directed Plaintiff Jonathon Carter to show cause why his case should not be dismissed for failure to comply with an order of the Court and failure to prosecute on May 6, 2026. (Doc. 33.) The Court previously had ordered Carter to file the name of the Doe Defendant upon whom his Second Amended Complaint could be served. Carter did not do so.

Carter's response to the order to show cause states that he does not know how to show cause, and he is not going to amend again, so "I guess you have to dismiss the case." (Doc. 34.)

Accordingly,

IT IS HEREBY ORDERED:

1. This matter is DISMISSED for failure to comply with an order of the

1

Court and failure to prosecute. The Clerk of Court is directed to close the case.

2.  The Court certifies that appeal would not be taken in good faith.

DATED this 10th day of June, 2026.

Brian Morris, Chief District Judge
United States District Court